# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Association of New Jersey Rifle and Pistol Clubs, Inc., et al. (Appellant) v. Attorney General New Jersey, et al. (Appellee)

APPEAL FROM DISTRICT COURT:
District: District of New Jersey
D.C. Docket No.: 3:18-cv-10507 & 3:22-cv-4397
Date proceedings initiated in D.C.: June 13, 2018 & July 1, 2022
Date Notice of Appeal filed: August 14, 2024
USCA No.: 24-2506

## COUNSEL ON APPEAL

**Appellant(s)**: Association of New Jersey Rifle and Pistol Clubs, Inc.; Thomas R. Rogers; Blake Ellman; and Marc Weinberg
Name of Counsel: Erin E. Murphy
Name of Party(ies): Association of New Jersey Rifle and Pistol Clubs, Inc.; Thomas R. Rogers; Blake Ellman; and Marc Weinberg
Address: Clement & Murphy, PLLC, 706 Duke Street, Alexandria, VA 22314
Telephone No.: (202) 742-8900
Fax No.:
E-mail: erin.murphy@clementmurphy.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Angela Cai
Name of Party(ies): Attorney General of New Jersey; Superintendent of New Jersey State Police; Ocean County Prosecutor; and Acting Gloucester County Prosecutor
Address: Office of the New Jersey Attorney General, 25 Market St., PO Box 080, Trenton, NJ 08625
Telephone No.: (609) 414-5954
Fax No.:
E-mail: angela.cai@njoag.gov

Name of Counsel: Kathleen N. Fennelly
Name of Party(ies): Officer in Charge of the Chester Police Department
Address: McElroy Deutsch Mulvaney & Carpenter, 1300 Mount Kemble Ave., P.O. Box 2075, Morristown, NJ 07962
Telephone No.: (973) 401-7106
Fax No.: (973) 425-016
E-mail: kfennelly@mdmc-law.com (see Addendum for information regarding additional appellees)

Is this a Cross-Appeal? Yes ☑ No ☐
Appeals Docket No.: 24-2415

Was there a previous appeal in case? Yes ☑ No ☐
If yes, Short Title: Association of New Jersey Rifle and Pistol Clubs, Inc., et al. v. Attorney General New Jersey, et al.
Appeals Docket No.: 18-3170
Citation, if reported: 910 F.3d 106 (3d Cir. 2018)

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?    Yes ☐    No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
Yes ☐    No ☑

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

## NATURE OF SUIT
### (Check as many as apply)

1. FEDERAL STATUTES
- ☐ ANTITRUST
- ☐ BANKRUPTCY
- ☐ BANKS & BANKING
- ☑ CIVIL RIGHTS
- ☐ COMMERCE, ROUTES, AND TARIFFS
- ☐ COMMODITIES
- ☐ COMMUNICATIONS
- ☐ CONSUMER PROTECTION
- ☐ COPYRIGHT
- ☐ PATENT
- ☐ TRADEMARK
- ☐ ELECTION
- ☐ ENERGY
- ☐ ENVIRONMENTAL
- ☐ FOIA FREEDOM OF INFORMATION
- ☐ IMMIGRATION
- ☐ LABOR
- ☐ OSHA
- ☐ SECURITIES
- ☐ SOCIAL SECURITY
- ☐ TAX
- ☐ EQUAL ACCESS TO JUSTICE
- ☐ OTHER Specify:_____

2. TORTS
- ☐ ADMIRALTY
- ☐ ASSAULT/DEFAMATION
- ☐ PRODUCT LIABILITY/WARRANTY
- ☐ DIVERSITY
- ☐ OTHER Specify:_____

3. CONTRACTS
- ☐ ADMIRALTY/MARITIME
- ☐ ARBITRATION
- ☐ COMMERCIAL
- ☐ EMPLOYMENT
- ☐ INSURANCE
- ☐ NEGOTIABLE DISBURSEMENTS
- ☐ OTHER Specify:_____

4. PRISONER PETITIONS
- ☐ CIVIL RIGHTS
- ☐ VACATE SENTENCE 2255
- ☐ HABEAS CORPUS 2254
- ☐ HABEAS CORPUS 2241
- ☐ MANDAMUS/PROHIBITION
- ☐ OTHER Specify:_____

5. OTHER
- ☐ FORFEITURE
- ☐ CIVIL GRAND JURY
- ☐ TREATY Specify:_____
- ☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this __23rd__ day of __September_____, 20__24__ .

Signature of Counsel: s/Erin E. Murphy_____

## Addendum: Additional Appellees

Name of Counsel: Mitchell B. Jacobs

Name of Party: Chief of the Wall Township Police Department

Address: Cleary Giacobbe Alfieri & Jacobs, 995 State Route 34, Suite 200, Matawan, NJ 07747

Telephone No.: (732) 583-7474

Fax No.: (732) 290-0753

Email: mjacobs@cgajlaw.com