**Clement & Murphy**
PLLC

September 25, 2024

**VIA ECF**
Patricia Dodszuweit
Clerk of the Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:    *ANJRPC v. Platkin*; *Cheeseman v. Platkin*; *Ellman v. Platkin*
            24-2415; 24-2450; 24-2506

Dear Ms. Dodszuweit:

    I represent the *ANJRPC* and *Ellman* plaintiffs in the above-referenced consolidated appeals. I write regarding the Court's Order dated August 22, 2024, which sets forth a potential briefing schedule the Court anticipates setting.

    All counsel in the consolidated appeals have conferred, and we jointly request that the Court do the following:

1) Delete Step 3 in the proposed briefing schedule and accordingly move the deadlines for Steps 4 and 5 earlier by 30 days each. The only parties who fall into the category Step 3 covers are Ryan McNamee, represented by Kathleen Fennelly, and Kenneth Brown, Jr., represented by Mitchell Jacobs; Ms. Fennelly and Mr. Jacobs have both represented that they do not intend to file a brief in these consolidated appeals.

2) Enter the so-modified scheduling order as soon as possible so that briefing may proceed promptly.

    Thank you for your attention in this regard.

                                                          Respectfully submitted,

                                                          s/Matthew D. Rowen
                                                          MATTHEW D. ROWEN
                                                          CLEMENT & MURPHY, PLLC
                                                          706 Duke Street
                                                          Alexandria, VA 22314
                                                          (202) 742-8900
                                                          matthew.rowen@clementmurphy.com

                                                          Counsel for *ANJRPC* and *Ellman* Plaintiffs

cc:    All counsel (via ECF)