<u>9:30 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>WEDNESDAY, OCTOBER 15, 2025</u>

<u>Coram</u>: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT and *SMITH, Circuit Judges

<u>No. 24-2415, 24-2450 & 24-2506</u>

ASSOCIATION OF NEW JERSEY RIFLE
AND PISTOL CLUBS, INC.; et al.
v.
ATTORNEY GENERAL NEW JERSEY; et al.

MARK CHEESEMAN; TIMOTHY CONNELLY; et al.
Appellants in 24-2415

ATTORNEY GENERAL NEW JERSEY;
SUPERINTENDENT NEW JERSEY STATE POLICE; et al.
Appellants in 24-2450

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.;
BLAKE ELLMAN; et al.
Appellants in 24-2506

| Counsel for Appellants | Counsel for Appellees |
|---|---|
| ERIN E. MURPHY<br>[ANJRPC/ Ellman Plaintiffs] | JEREMY M. FEIGENBAUM |
| [5 minutes uninterrupted argument] | [5 minutes uninterrupted argument] |
| [15 minutes open for questioning by the Court] | [25 minutes open for questioning by the Court] |
| PETER A. PATTERSON<br>[Cheeseman Plaintiffs] | |
| [10 minutes open for questioning by the Court] | |
| (30 minutes Total per Court) | (30 minutes Total per Court) |

*Judge Smith has elected to participate as a member of the en banc court pursuant to 3rd Cir. I.O.P. 9.6.4 and will participate via video conference.